William A. Delgado (Bar No. 222666)
wdelgado@willenken.com
Megan O'Neill (Bar No. 220147)
moneill@willenken.com
DTO LAW
555 W. 5th Street, 35th Floor
Los Angeles, California 90013
Telephone:  (213) 335-6999
Facsimile:   (213) 335-7802

Attorneys for Defendant
UNITED STATES NUTRITION, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW MATIC, on behalf of himself, and all others similarly situated, and the general public,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES NUTRITION, INC., a Delaware Corporation,<br><br>Defendant. | Case No.: 2:18-cv-09592-PSG-AFM<br><br>**JOINT STIPULATION FOR VOLUNTARY DISMISSAL OF ALL CLAIMS**<br><br>Assigned to the Hon. Philip S. Gutierrez |

JOINT STIPULATION FOR VOLUNTARY DISMISSAL

160715.1

**TO THIS HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Matthew Matic and Defendant United States Nutrition, Inc., by and through their respective counsel, hereby stipulate to the dismissal of this action and all claims asserted herein, with prejudice as to Plaintiff Matic and without prejudice to other members of the putative class.  Each party is to bear his or its own attorneys' fees, expenses and costs.

Dated: July 21, 2019              DTO LAW

                                 By: */s/ William A. Delgado*
                                      William A. Delgado
                                      Attorneys for Defendant
                                      UNITED STATES NUTRITION, INC.

Dated: July 21, 2019              LAW OFFICES OF RONALD A. MARRON

                                 By: */s/ Ronald A. Marron*
                                      Ronald A. Marron
                                      Attorney for Plaintiff
                                      MATTHEW MATIC

JOINT STIPULATON FOR VOLUNTARY DISMISSAL

1

160715.1

# **SIGNATURE CERTIFICATION**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual and Rule 5-4.3.4 (a)(2) of the United States District Court for the Central District of California Local Rules, I hereby certify that the content of this document is acceptable to counsel for Plaintiff and that I have obtained his authorization to affix his electronic signatures to this document.

Dated: July 21, 2019                    DTO LAW

                    By: */s/ William A. Delgado*
                            William A. Delgado
                            Attorneys for Defendant
                            UNITED STATES NUTRITION, INC.

JOINT STIPULATON FOR VOLUNTARY DISMISSAL

2

160715.1

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the Electronic Service List for this Case.

Dated: July 21, 2019                    DTO LAW

By: */s/ William A. Delgado*
          William A. Delgado
          Attorneys for Defendant
          UNITED STATES NUTRITION, INC.

160715.1