**JS-6**

1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

MATTHEW MATIC, on behalf of himself, and all others similarly situated, and the general public,

Plaintiff,

v.

UNITED STATES NUTRITION, INC., a Delaware Corporation,

Defendant.

Case No.: 2:18-cv-09592-PSG-AFM

~~[PROPOSED]~~ ORDER GRANTING JOINT STIPULATION FOR VOLUNTARY DISMISSAL OF ALL CLAIMS

Assigned to the Hon. Philip S. Gutierrez

1                                     **~~[PROPOSED]~~ ORDER**

2          The parties entered into a Joint Stipulation for Voluntary Dismissal of All

3 Claims on July 19, 2019 pursuant to Fed. R. Civ. P. 41.  The parties have requested

4 the Court dismiss this case and all claims herein, with prejudice as to Plaintiff

5 Matthew Matic and without prejudice to the putative class, with all attorneys' fees,

6 expenses, and costs to be borne by the party incurring the same.

7          IT IS THEREFORE ORDERED THAT this matter is dismissed with

8 prejudice as to Plaintiff Matthew Matic and without prejudice to the putative class.

9 IT IS THEREFORE ORDERED THAT each party is to bear his or its own

10 attorneys' fees, expenses and costs.

11          **IT IS SO ORDERED.**

12

13 Dated:      July 25, 2019

14                                             Hon. Philip S. Gutierrez

15                                             United States District Judge

16

17

18

19

20

21

22

23

24

25

26

27

28